May 16, 2015

Leonardo Vasquez
TDCJ-CID #1908818
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

83,329-01

This document contains some pages that are of poor quality at the time of Imaging.

Abel Acosta - Clerk,
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

RE:  Original Filing, Application For Writ of Mandamus.

To whom it may concern;

Enclosed, please find the original copy of my Application For Writ of Mandamus.

Please file this with the Court, enter it into the system, and include it with the papers related to this cause.

Thank you for your prompt attention to this matter.

Sincerely yours,

Leonardo Vasquez

C.c. Cameron County District Attorney
     file/lv

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 2015
Abel Acosta, Clerk

LEONARDO VASQUEZ, #1908818,      §      IN    THE    TEXAS    COURT

        Relator,                  §

vs.                                       §      OF

138TH DISTRICT COURT, CAMERON COUNTY,     §

        Respondent.             §      CRIMINAL APPEALS

## RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

    COMES NOW, LEONARDO VASQUEZ, "Relator" pro se in the above-styled and numbered cause and files this Original Application for Writ of Mandamus pursuant to §52.047, Texas Government Code, and for good cause would respectfully show the Court as follows:

### I.

### JURISDICTION

    This Court has original and exclusive jurisdiction over the parties and subject matter - in that Relator's cause was a plea agreement and no direct appeal was pursued.

### II.

### RELATOR

    Relator is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at: Beto Unit, 1391 FM 3328, Tennessee Colony, TX 75880. Relator has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministerial, not discretionary in nature. Texas Government Code, §54.047(b), requires Respondent to "determine a reasonable fee" for a copy of the clerk and reporter's record in Relator's cause.

### III.

### RESPONDENT

    Relator was convicted on January 4, 2014 in the 138th Judicial District Court, Cameron County, Texas under cause number 2012-DCR-2913-B by and through a plea agreement for the offense of Aggravated Kidnapping, (PC 20.04), and sentenced to 30 years' confinement in the TDCJ-CID. Honorable Arturo C. Nelson, Judge Presiding. Respondent can be served at: 974 E. Harrison, Brownsville, TX 78250.

## IV.

### VIOLATION OF TEXAS GOVERNMENT CODE §52.047(b)

Subsequent to Relator's conviction, his family sought to acquire the official record in this cause. On December 8, 2014 the Official Court Reporter for Respondent sold an "original and complimentary Copy [of the] Reporter's Record of Punishment hearing held on January 9, 2014." This purchase, $136.00, (Invoice No. 2014-34), encompassed only 23 pages; $5.91 per page.

Relator objected to that fee in the form of a properly filed Motion to Obtain Clerk and Reporter's Record, with an accompanying Affidavit of Inability to Pay Costs on January 15, 2015. Per the Rules of Court/Appellate Procedure, Relator served the Cameron County District Attorney with a true and correct copy of the pleading. In that motion Relator detailed the amount of hearings and documents involved in this cause. (There are seven (7) "Related Cases" involved in Relator's cause.); (See: Case Summary) Further, in Relator's motion, an offer of .10¢ per page, a request for a 90-day "loan," or review at the Cameron County Jail of the records in question was detailed in the "Conclusion" section of the motion.

"When a properly filed motion is pending before a trial court, the act of giving consideration to and ruling upon that motion is ministerial, and mandamus may issue to compel the trial judge to act." SAFETY-KLEEN v. GARCIA, 945 S.W.2d 268. 269 (Tex. App.-San Antonio 1997)

However, mandamus will not issue unless the record indicates that a properly filed motion has awaited disposition for an unreasonable amount of time." Safety-Kleen, supra, @269. On March 3, 2015, 3 months after the motion was filed, Relator submitted a letter of inquiry to the district clerk of Cameron County seeking "the status of [the] motion."* After waiting another 45 days Relator, on April 21, 2015,** again submitted a letter of inquiry to the Cameron County district clerk detailing the course of events surrounding the attempt to acquire the official record and, again, asking for "the status of [the] motion. To this date no response has been forwarded.

---

\* Relator has only carbon copies of the motion and subsequent letters to the district clerk in his possession. Relator has no access to a photocopies in order to carry the burden of "establishing a record" in this pleading. However, the originals are on file with the district clerk of cameron County, and carbon copies are on file with the Cameron County District Attorney's office.

\*\* The letter has a typo date of April 21, 2014. It should read "April 21, 2015."

In order to be entitled to mandamus relief, a relator must establish the trial court:

1. "Had a legal duty to perform a non-discretionary act." Texas Gov't. Code §52.047(b) states "If an abjection is made to the amount of transcription fee, the judge SHALL determine a reasonable fee." (emphasis added)

2. "Was asked to perform the act." Relator's motion is properly filed and served on opposing counsel. Relator has diligently pursued the outcome of that motion for well over five (5) months now.

3. "Failed to do so."

In Re Molina, 94 S.W. 3d 885, 886 (Tex. App.-San Antonio, 2003)

- V.

PRAYER FOR RELIEF

FOR THESE REASONS, Relator respectfully requests a finding that the Respondent did not "determine a reasonable fee" for a complete copy of the official record in this cause. Relator prays for an Order directing Respondent to determine a reasonable fee for a copy of the Clerk and Reporter's Record, and to further and such other relief to which Relator shows himself entitled to.

Respectfully submitted,

*Leonardo Vasquez*

Leonardo Vasquez,

Relator, Pro Se

UNSWORN DECLARATION

"I, Leonardo Vasquez, TDCJ-CID #1908818, being presently incarcerated in the Beto Unit of the TDCJ-CID, declare under penalty of perjury that the above and foregoing are both true and correct."
Executed on this the 16th day of May, 2015.

*Leonardo Vasquez*

Leonardo Vasquez

CERTIFICATE OF SERVICE

This is to further certify that i have mailed a true and correct copy of this document to the Cameron County District Attorney, First Class Mail, postage prepaid, by placing the same in the Beto Unit's mail drop-box, designed for that purpose, on this the 16th day of May, 2015.

*Leonardo Vasquez*

Leonardo Vasquez

-3-

C.c. file/lv